Thorpe *v.* The State.

1. The evidence was ample to prove the *corpus delicti* and to warrant a verdict of guilty. There was no error in refusing to charge the jury as requested, and no cause for a new trial.
2. In order for counsel for a plaintiff in error, as matter of legal right, to protect himself against the payment of costs in this court, it is necessary that a proper pauper affidavit, made by his client and filed in the court below before the transcript of the record is certified, should be by copy thereof embraced in the transcript. And this court will not exercise any discretion it may have to allow the proper affidavit to be filed and sent up afterwards, where the case is absolutely without merit and consequently one which should never have been brought up for review on any terms.

May 15, 1893.                                        *Judgment affirmed.*

Indictment for murder. Before Judge Falligant. Chatham superior court. March term, 1893.

Cain & Kennedy and John Nicolson, Jr., by Harrison & Peeples, for plaintiff in error. J. M. Terrell, attorney-general, and W. W. Fraser, solicitor-general, *contra.*

---

Jenkins *v.* The State.

1. On an indictment charging assault with intent to murder by pointing, aiming, directing, shooting off and discharging a loaded pistol at another, there may be a conviction of the minor offence of pointing a pistol at another. And a verdict of guilty of pointing a pistol at (the person mentioned in the indictment) "not in his own defence," is sufficient without embracing the whole of the statutory phrase, "not in a sham battle by the military, and not in self-defence, or in defence of habitation, property or person, or other instances standing upon like footing of reason and justice." The verdict would be sufficient without superadding or including any part of the phrase. *Arnold* v. *The State*, 51 *Ga.* 144; *Isom* v. *The State*, 83 *Ga.* 378.
2. On the question of protecting the plaintiff's attorney against costs, by the affidavit of his client, the case is ruled by *Thorpe* v. *The State*, just decided.                                *Judgment affirmed.*

May 15, 1893.